JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BTL INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> OC Body Clinic, et al. <br><br> Defendants. | Case No. 8:25-cv-01102-JVS-E <br> Hon. James V. Selna <br><br> **CONSENT JUDGMENT AND PERMANENT INJUNCTION [18]** |

The Court, having considered the request of Plaintiff BTL Industries, Inc. ("**BTL**") to enter the following relief, and such relief appearing reasonable under the circumstances,

The Court finds as follows:

1. On May 22, 2025, BTL filed Civil Action No. 8:25-cv-01102-JVS-E in the United States District Court for the District of California.

2. BTL brought this action seeking injunctive relief and monetary damages against Defendant (together with BTL, the "Parties") for patent infringement in violation of the patent laws of the United States (35 U.S.C. § 1 *et seq.*); and trademark infringement, trademark counterfeiting, unfair competition, false designation of origin, and false advertising under the Lanham Act (15 U.S.C. §§ 1114 and 1125(a)).

3. The Parties have agreed to terms and conditions representing a negotiated resolution of the above-captioned matter. Defendant now stipulates and consents to this Consent Judgment and Permanent Injunction, to its prompt entry by the Court, and to each and every provision, order, and decree herein.

4. This Court has jurisdiction over the subject matter of this case and jurisdiction over Defendant.

5. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

6. BTL uses, owns, and exclusively licenses registered and unregistered trademarks and trade dress for its brand of aesthetic equipment and treatments, including the following valid and subsisting federally registered trademarks (collectively, the "BTL Trademarks"):

| Reg. No. | Mark | Reg. Date | First Use in Commerce or Priority Date | Goods / Services |
|---|---|---|---|---|
| 5,688,619 | HIFEM | Mar. 5, 2019 | Sept. 19, 2017 | Class 10: Medical and aesthetic apparatus and instruments generating electromagnetic, magnetic, electrical, mechanical, radiofrequency or thermal energy for use in skin treatment procedures; medical apparatus and instruments for body toning and body shaping; medical apparatus and instruments for the removal of fat, circumference reduction, tightening of skin, reduction of wrinkles, reduction of scars, reduction of stretch marks, rejuvenation of skin, treatment of pigmentation spots, increase in muscle volume, increase in number of muscle fibres and increase in muscle tonus; medical apparatus and instruments for the treatment of cellulite; therapeutic facial masks; facial toning machines for cosmetic use; electric stimulation and magnetic stimulation apparatus for physical therapy purposes for the treatment of nerve and muscle pain and elimination of muscular spasms; gynecological and urological apparatus and |

| Reg. No. | Mark | Reg. Date | First Use in Commerce or Priority Date | Goods / Services |
|---|---|---|---|---|
| | | | | instruments, namely for genital rejuvenation, treatment sexual dysfunction, gynecological treatment and pelvic floor treatment.<br><br>Class 44: Medical services; medical equipment rental; cosmetic and plastic surgery; beauty salons; liposuction services; medical removal of body cellulite. |
| 5,572,801 | EMSCULPT | Oct. 2, 2018 | Sept. 29, 2017 | Class 10: Medical apparatus and instruments for the treatment of cellulite; medical apparatus and instruments for body toning and body shaping; medical apparatus and instruments for the removal of fat, circumference reduction, tightening of skin, reduction of wrinkles, reduction of scars, reduction of stretch marks, rejuvenation of skin, and treatment of pigmentation spots; above medical apparatuses with exception for the treatment of the nasopharynxs including inhalers and nasal irrigators; massage apparatus; medical apparatus and instruments for aesthetic skin treatment procedures; |

| Reg. No. | Mark | Reg. Date | First Use in Commerce or Priority Date | Goods / Services |
|---|---|---|---|---|
| | | | | medical apparatus generating electromagnetic, magnetic, electrical, mechanical or thermal energy for use in skin treatment procedures; medical apparatus particularly apparatus for pain management, elimination of muscle spasms; gynaecological and urological apparatus and instruments, namely, for genital rejuvenation, treatment sexual dysfunction, gynecological treatment and pelvic floor treatment |
| 6,069,279 | EMSCULPT | June 2, 2020 | Sept. 29, 2017 | Class 44: medical services; gynecology services; medical equipment rental; cosmetic and plastic surgery; beauty salons; liposuction services; removal of body cellulite |
| 5,915,636 | EM | Nov. 19, 2019 | Jan. 8, 2019 | Class 10: physical therapy devices for treating muscle spasms and pain management; medical apparatus and instruments, in particular apparatus and instruments for the treatment of cellulite, apparatus and instruments for body toning and body shaping, and apparatus and instruments for the removal of fat, |

| Reg. No. | Mark | Reg. Date | First Use in Commerce or Priority Date | Goods / Services |
|---|---|---|---|---|
| | | | | circumference reduction; medical devices for use in treating gynecological disorders, pelvic area disorders, bladder disorders and incontinence.<br><br>Class 44: health assessment services; medical services, namely, providing treatment for patients with gynecological disorders, pelvic area disorders, bladder disorders and incontinence; gynecological services; urology medical care services; rental of medical apparatus and equipment; cosmetic and plastic surgery; beauty salon services; liposuction and surgical body shaping services; medical services, namely, removal of body cellulite; physical therapy services. |
| 6,206,098 | EM | Nov. 24, 2020 | July 2018 | Class 10: physical therapy devices for treating muscle spasms and pain management; medical apparatus and instruments, in particular apparatus and instruments for the treatment of cellulite, apparatus and instruments for body toning and body shaping, and |

| Reg. No. | Mark | Reg. Date | First Use in Commerce or Priority Date | Goods / Services |
|---|---|---|---|---|
| | | | | apparatus and instruments for the removal of fat, circumference reduction; medical devices for use in treating gynecological disorders, pelvic area disorders, bladder disorders and incontinence.<br><br>Class 44: health assessment services; medical services, namely, providing treatment for patients with gynecological disorders, pelvic area disorders, bladder disorders and incontinence; gynecological services; urology medical care services; rental of medical apparatus and equipment; cosmetic and plastic surgery; beauty salon services; liposuction and surgical body shaping services; medical services, namely, removal of body cellulite; physical therapy services. |
| 6,373,947 | **EMSCULPT NEO** | June 1, 2021 | Oct. 17, 2020 | Class 10: medical apparatus and instruments for the treatment of cellulite; medical apparatus and instruments for body toning and body shaping; medical apparatus and instruments for the removal of fat, |

| Reg. No. | Mark | Reg. Date | First Use in Commerce or Priority Date | Goods / Services |
|---|---|---|---|---|
| | | | | circumference reduction, tightening of skin, reduction of wrinkles, reduction of scars, reduction of stretch marks, rejuvenation of skin, and treatment of pigmentation spots; medical apparatus and instruments for aesthetic skin treatment procedures; medical apparatus generating electromagnetic, magnetic, electrical, mechanical or thermal energy for use in skin treatment procedures; medical apparatus particularly apparatus for pain management, elimination of muscle spasms; gynecological and urological apparatus and instruments, namely, for genital rejuvenation, treatment of sexual dysfunction, gynecological treatment and pelvic floor treatment.<br><br>Class 44: medical services; medical equipment rental; cosmetic and plastic surgery; beauty salons; liposuction services; medical services, namely, removal of body cellulite. |

| Reg. No. | Mark | Reg. Date | First Use in Commerce or Priority Date | Goods / Services |
|---|---|---|---|---|
| 4,750,101 | BTL | June 9, 2015 | Jan. 24, 2014 | Class 10: physiotherapy apparatus in the nature of apparatus for electrotherapy, laser therapy, ultrasound therapy, magnetotherapy, and shockwave therapy, all for electrical nerve and muscle stimulation, infrared heat, wound healing, pain therapy, and treatment of inflammation; body rehabilitation apparatus for medical purposes; esthetic massage apparatus; hydrotherapy massage apparatus; medical and veterinary diagnostic apparatus and instruments, namely, electrocardiographs, heart monitors, spirometers, and blood pressure monitors; medical devices for nonsurgical cosmetic treatments; medical devices for body toning and body shaping, tightening of skin, treatment of skin laxity, wrinkles, rhytides, and cellulite, and fat removal; lymphatic drainage equipment, namely, massage apparatus and lasers for medical use. |

7. The BTL Trademarks have been used exclusively and continuously by BTL and have never been abandoned. The above U.S. registrations for BTL's Trademarks are valid and subsisting in full force and effect.

8. The registrations for the BTL Trademarks constitute *prima facie* evidence of their validity and of BTL's exclusive right to use the trademarks pursuant to 15 U.S.C. § 1057(b).

9. BTL exclusively licenses patents claiming proprietary stimulation technology and methods of treatment, which are embodied in BTL's aesthetic equipment and treatment protocols, including the following valid and enforceable patent:

- U.S. Patent No. 10,478,634, entitled "Aesthetic Method of Biological Structure Treatment by Magnetic Field," which was duly and legally issued by the U.S. Patent and Trademark Office on November 19, 2019 (the "**'634 Patent**").

10. BTL has not licensed or authorized Defendant to use any of the BTL Trademarks or the '634 Patent.

11. BTL alleges that Defendant used a body-contouring aesthetic device that infringed the '634 Patent and in connection with BTL Trademarks, and marks the same or confusingly similar thereto, including "EMSLIM," "EMSLIM NEO," (the "**Counterfeit EMSLIM Devices**") and "HIFEM."

12. BTL has not licensed or authorized Defendant to use devices that infringe the '634 Patent, or use any of the BTL Trademarks or confusingly similar versions thereof.

13. Defendant hereby waives any and all right to appeal from this Consent Judgment and Permanent Injunction.

14. This Consent Judgment and Permanent Injunction constitutes a final judgment on the merits of BTL's claims for purposes of *res judicata*, collateral estoppel, issue preclusion, and claim preclusion.

Therefore, JUDGMENT IS HEREBY ENTERED, upon consent of the Parties hereto, in favor of BTL Industries, Inc. as follows:

1. Pursuant to Fed. R. Civ. P. 65, IT IS HEREBY ORDERED that Defendant, including any current officers, agents, employees, independent contractors, representatives, successors in interest, and all other persons, firms, or companies in active concert or participation with Defendant are permanently enjoined and restrained from directly or indirectly:

    a. Using, or enabling others to use, the BTL Trademarks or any reproductions, copies, colorable imitations, and confusingly similar versions thereof, including but not limited to "EMSLIM," "EMSLIM NEO," and "HIFEM" in any manner in connection with the promotion, marketing, advertising, offering for sale, or sale of any device that is not a genuine BTL device, or any service that is not a BTL service offered by a genuine new BTL device, or a pre-owned BTL-recertified device;

    b. committing any acts calculated to cause consumers to believe that Defendant's devices or services are sold under the authorization, control, or supervision of BTL, or are sponsored by, approved by, or otherwise connected with BTL, including, but not limited to, using BTL-owned promotional materials or BTL-sponsored clinical study results to advertise, promote, offer for sale, or sell such devices or services;

      c.    making, importing, using, offering to sell, or selling—without BTL's authorization—the Counterfeit EMSLIM Devices or any magnetic body sculpting device not colorably different therefrom;

      d.    making, using, offering to sell—without BTL's authorization—any service implementing or utilizing the Counterfeit EMSLIM Devices or any magnetic body sculpting device not colorably different therefrom; and

      g.    encouraging, promoting, recommending, or instructing—without BTL's authorization—any third party to make, use, offer to sell, or sell the Counterfeit EMSLIM Devices, any magnetic body sculpting device not colorably different therefrom, any face sculpting device not colorably different therefrom, or any services related thereto.

2. IT IS FURTHER HEREBY ORDERED that Defendant shall pay BTL the total damages agreed upon by the Parties, which amount is subject to a confidentiality clause.

3. IT IS FURTHER HEREBY ORDERED that this Consent Judgment and Permanent Injunction shall be binding upon and shall inure to the benefit of the Parties and their respective successors, assigns, and acquiring companies.

4. IT IS FURTHER HEREBY ORDERED that the Court retains jurisdiction of this matter for the purpose of enforcing the terms of this Consent Judgment and Permanent Injunction.

5. IT IS FURTHER HEREBY ORDERED that the permanent injunction shall remain in full force and effect unless and until modified by order of this court.

6. IT IS FURTHER HEREBY ORDERED that all claims and demands in the above-captioned matter are hereby dismissed without prejudice and without costs, disbursements, or attorneys' fees to any party. This is a final order and judgment.

IT IS SO ORDERED this 3d day of October 2025.

_____
The Honorable James V. Selna
United States District Court Judge